371 So.2d 265 (1979)
George E. BLANCHARD
v.
ENGINE & GAS COMPRESSOR SERVICES, INC.,
v.
COMMERCIAL UNION INSURANCE COMPANY.
No. 64206.
Supreme Court of Louisiana.
May 17, 1979.
Decline. The jurisprudence of this Court does not warrant an additional pronouncement at this time. See Reeves v. Louisiana *266 & Arkansas Ry., 282 So.2d 503 (La.1973); Lushute v. Diesi, 354 So.2d 179 (La.1978); La.Sup.Ct. Rules XII, Sec. 1.
DENNIS, J., concurs.